IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Litten, ) | No. CIV 05-1742-PHX-EHC (LOA) |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| Joseph Arpaio, ) | |
| Defendant. ) | |

On June 8, 2005, Plaintiff filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983, alleging claims based on overcrowding, unsanitary conditions, denial of outside recreation, and failure to protect from other inmates who use their canes, crutches, walkers, and prosthetics as weapons. [Dkt. 1]. On October 12, 2005, the Court ordered service on Defendant Arpaio. [Dkt. 4]. The October 12, 2005 Order was returned to the Clerk of Court as undeliverable to Plaintiff. The returned mail indicated that Plaintiff had been released.

On November 15, 2005, Magistrate Judge Lawrence O. Anderson ordered Plaintiff to show cause, by December 5, 2005, why this case should not be dismissed for failure to provide the Court with a Notice of Address Change. [Dkt. 6]. The December 5, 2005 Order was returned to the Clerk of Court as undeliverable. Plaintiff has not responded to the Order to Show Cause.

On December 16, 2005, Magistrate Judge Anderson issued a Report and Recommendation, recommending the dismissal of this case. [Dkt. 8]. Plaintiff's copy of the

1 Report and Recommendation was returned to the Clerk of Court as undeliverable. Plaintiff
2 has not filed a Response or Objection to the Report and Recommendation.

3 A district court judge reviews *de novo* the Report and Recommendation of a
4 Magistrate Judge. See 28 U.S.C. § 636(b)(1)(C).

5 The Court having reviewed the record *de novo*, adopts in full the Report and
6 Recommendation of the Magistrate Judge and incorporates the same as a part of this
7 Order.

8 Accordingly,

9 **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is
10 adopted in full. [Dkt. 17].

11 **IT IS FURTHER ORDERED** that Plaintiff's Complaint [Dkt. 1] is **DISMISSED**
12 without prejudice.

13 DATED this 10th day of January, 2006.

_____
Earl H. Carroll
United States District Judge